IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE DANIEL HOLT, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:11-cv-0049-TMH |
| | ) |
| PHYLLIS BILLUPS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The plaintiff's Objection to the Magistrate Judge Recommendation (Doc. #4) filed on February 11, 2011 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #3) entered on February 7, 2011 is adopted;

(3) This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 11th day of March, 2011.

                                            /s/ Truman M. Hobbs
                                      SENIOR UNITED STATES DISTRICT JUDGE